No. 388, Misc. JONES v. ILLINOIS TERMINAL RAILROAD
Co. Supreme Court of Missouri. Certiorari denied.
*Myron D. Mills* for petitioner. *Richard Wayne Ely* for
respondent. .

No. 400, Misc. BELL v. UNITED STATES. United
States Court of Appeals for the District of Columbia Cir-
cuit. Certiorari denied. *James J. Laughlin* for peti-
tioner. *Solicitor General Sobeloff, Assistant Attorney
General Olney* and *Beatrice Rosenberg* for the United
States. 
.

No. 412, Misc. HENLEY v. MOORE, WARDEN. Court
of Criminal Appeals of Texas. Certiorari denied.

No. 466, Misc. JONES v. BALKCOM, WARDEN. Su-
preme Court of Georgia. Certiorari denied. *Thurgood
Marshall, Jack Greenberg, Robert L. Carter* and *A. T.
Walden* for petitioner. *Eugene Cook*, Attorney General
of Georgia, *Lamar W. Sizemore, Robert H. Hall* and *W.
Dan Greer*, Assistant Attorneys General, and *J. T. Grice*,
Deputy Assistant Attorney General, for respondent. 
.

No. 470, Misc. PALAKIKO ET AL. v. HARPER, WARDEN.
C. A. 9th Cir. Certiorari denied. *Harriet Bouslog* for
petitioners. *Edward N. Sylva*, Attorney General of
Hawaii, and *Frank D. Gibson, Jr.* and *Rhoda V. Lewis*,
Deputy Attorneys General, for respondent. 
.

No. 476, Misc. JENKINS v. ARKANSAS. Supreme Court
of Arkansas. Certiorari denied. *Q. Byrum Hurst* for